IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLINT A. LORANCE,                        )
                                         )
                     Plaintiff ,         )
                                         )
                                         )          Civil No. 1:22-cv-02500
v.                                       )
                                         )
DEPARTMENT OF THE ARMY,                  )
                                         )
                     Defendant.          )
                                         )
                                         )
Serve:                                   )
Attorney General of the United States    )
U.S. Department of Justice               )
950 Pennsylvania Avenue, NW              )
Washington, DC 20530-0001                )
                                         )
U.S. Attorney's Office                   )
District of Columbia                     )
ATTN: Civil Service Processing Clerk     )
555 4th Street, NW                       )
Washington, DC 20530                     )
                                         )
Department of Defense                    )
1000 Defense Pentagon                    )
Washington, DC 20301                     )
                                         )
Department of the Army                   )
Chief, Litigation Division               )
U.S. Army Legal Services Agency          )
9275 Gunston Road                        )
Fort Belvoir, VA 22060                   )
_____)

## **COMPLAINT**

Plaintiff Clint A. Lorance ("Lorance") brings this civil action against the Department of

the Army to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").

As grounds therefor, Lorance alleges as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

## PARTIES

3.      Plaintiff Lorance is an individual residing in Grundy, Virginia. Plaintiff seeks releasable records in the possession, custody, and control of Defendants.

4.      Defendants Department of Defense and Department of the Army are departments of the United States Government. Defendants are headquartered at and 1155 Defense Pentagon, Washington, DC 20301, and 101 Army Pentagon, Washington, DC 20310, respectively.

## STATEMENT OF FACTS

5.      On November 12, 2020, Plaintiff, through counsel, filed two parallel Freedom of Information Act/Privacy Act requests to the Department of Defense and the Department of the Army, seeking the same records from each department of the United States Government:

>    a.   Any and all documents, briefing papers, graphics, emails, memoranda, charts, storyboards, notes, after action reviews, or any document in any way relating to former Secretary of Defense Mark T. Esper's and U.S. Army Secretary Ryan McCarthy's November 2019, presentation(s) to the President of the United States and his staff at the White House. Exh. 1.

>    b.   Any and all transcripts or notes or memoranda of the President of the United States' phone call to Inmate Clint A. Lorance at the United States Disciplinary Barracks on Fort Leavenworth, Kansas on November 15, 2019. *Id.*

     c.   Any and all documents, orders, warrants, letters, memoranda in any way relating to the President's having issued a pardon on November 15, 2019, and Lorance's release from the USDB on that same date. *Id.*

6.     These documents are material and relevant to an ongoing civil habeas action brought pursuant to 28 U.S.C. §§ 2241 and 2243, where the U.S. Court of Appeals for the Tenth Circuit, in a case of first impression, recently remanded to the United States District Court for the District of Kansas for further proceedings, *Lorance v. Commandant*, 13 F.4th 1150 (10th Cir. 2021) (reversing district court and holding that acceptance of a full and unconditional pardon from the President of the United States is neither a legal confession of guilt nor a waiver of habeas rights).

7.     On November 13, 2020, Defendant Department of Defense, through its Freedom of Information Division, sent Lorance a notice that Lorance's case was assigned FOIA case number 21-F-0182, and noted that Defendant Department of Defense would "not be able to respond within the FOIA's twenty-day statutory time period." Exh. 2.

8.     On April 5, 2021, Defendant Department of the Army, through its Office of Administrative Assistant to the Secretary of the Army, sent Lorance a notice that Lorance's case was assigned case numbers FA-21-0721 and FP-21-006773. Exh. 3.

9.     As of the date of this filing, nearly twenty-one months after the Lorance filed his initial administrative requests with the respective departments of the Federal government, neither Defendant has provided a substantive response to his FOIA requests.

10.    Upon information and belief, the records sought are not classified.

11.    Upon information and belief, the records sought do not contain personally identifiable information that either has not been released to the public already (*e.g.*, news reports

of Lorance's interaction with the former President, the Vice-President, and Lorance's substantial media interviews following his release), or can be redacted to allow the release of these materials.

12.     As of the date of this Complaint, Defendants have failed to: (i) produce the requested records or demonstrate that the requested records are lawfully exempt from production; (ii) notify Plaintiff of the scope of any responsive records Defendants intend to produce or withhold, and the reasons for any withholdings, or (iii) provide Plaintiff with a partial release of records, or offer redacted copies of such records, together with a *Vaughn* Index.

**THE COUNT:  Violation of FOIA, 5 U.S.C. § 552.**

13.     Plaintiff re-alleges paragraphs 1 through 12 as if fully stated herein.

14.     Plaintiff has exhausted all administrative remedies available to him under FOIA, and has therefore satisfied all jurisdictional prerequisites to filing this Complaint. *See* 5 U.S.C. § 552(a)(6)(A)(i)-(ii); *McNeil v. United States*, 508 U.S. 106 (1993) (reiterating Plaintiff's duty to exhaust all administrative remedies before Article III jurisdiction attaches).

15.     Defendants have failed to respond adequately as required by law to Plaintiff's FOIA requests and are improperly withholding responsive and releasable documents.

16.     Defendants have failed to describe the scope of the search conducted for the documents requested.

17.     Defendants have failed to describe the documents located in the search.

18.     Defendants have ignored DC Circuit precedent, which affirms that when a US Government agency issues a nonspecific boilerplate "we have received your request" notification, on a request for information under various statutes, the request is thereby "deemed denied" by the agency, which serves as final action, subjecting the case to standing and jurisdiction in an Article

III Court. *Allegheny Def. Project v. FERC*, 964 F.3d 1 (D. C. Cir. 2020) (holding that a federal agency could not circumvent judicial review by issuing an interim order to the requestor).

WHEREFORE, Plaintiff respectfully requests that the Court: (1) order Defendants to describe the search conducted, including the search methods used; (2) order Defendants to either produce promptly the responsive documents, or describe with particularity and support with substantial evidence the reasons for withholding each document; (3) enjoin Defendants from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA request; (4) grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(e); and (6) grant Plaintiff such other relief as the Court deems just and proper.

Dated: August 20, 2022                    Respectfully submitted,

**/s/ John N. Maher**
John N. Maher
D.C. Bar Number 489113
Kevin J. Mikolashek, Esquire
MAHER LEGAL SERVICES, PC
17101 71st Avenue
Tinley Park, Illinois 60477
Tel: (708) 468-8155
johnmaher@maherlegalservices.com

*Counsel for Plaintiff*