

# Maher Legal Services PC

November 12, 2020

Office of the Secretary of Defense
Office of Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155
*Sent Via Electronic Portal at https://pal.whs.mil/app/CreateRequest.aspx*

U.S. Army Freedom of Information Act Office
Records Management and Declassification Agency
9301 Chapek Road, Building 1458
Fort Belvoir, VA 22060-5605
*Sent Via Electronic Mail to usarmy.belvoir.hqda-oaa-ahs.mbx.rmda-foia@mail.mil*

Re: Pardon Records US Army First Lieutenant Clint A. Lorance

Dear Sir/Madam:

We write to respectfully request, pursuant to the *Freedom of Information Act*, 5 U.S.C. § 552, and the *Privacy Act*, 5 U.S.C. § 552a, that the following records be released to this firm by return email as PDF attachments.

(1) Any and all documents, briefing papers, graphics, emails, memoranda, charts, storyboards, notes, after action reviews or any document in any way relating to former Secretary of Defense Mark T. Esper's and U.S. Army Secretary Ryan McCarthy's November 2019, presentation(s) to the President of the United States and his staff at the White House. To assist with this search for releasable records, please consider the following information set forth in the Washington Post dated November 22, 2019, written by national defense reporter Dan Lamothe:

> Early this month, Defense Secretary Mark T. Esper and Army Secretary Ryan McCarthy — both Army veterans — went to the White House to persuade the president not to move forward with his plan. The visit came one day after Hegseth, who did not respond to The Washington Post's requests for comment, announced on his show that he expected Trump to intervene in the cases [Lorance, Gallagher, Golsteyn].
>
> For over an hour, the senior defense officials described what they believe to be the facts of the case, said officials familiar with the meeting. **They carried documents and graphics with them** and pointed out that Golsteyn was accused of burying the man he had killed, digging up his remains and then moving them. Lorance had been convicted in the deaths of unarmed men, they added.

26 South 3rd Street, Number 68
Geneva, Illinois 60134 USA

T: (708) 468-8155
F: (708) 781-9693

www.lawyersdefendingwarriors.com

*See* https://www.msn.com/en-us/news/us/insurgents-lobbied-trump-for-war-crimes-pardons-with-little-pentagon-involvement-officials-say/ar-BBX8uZj (emphasis added).

We respectfully request that you search the email accounts of both the Secretary of Defense and the Secretary of the Army for records, attachments, briefing slides, email content, as they planned for, engaged in, and reviewed afterwards, the meeting(s) and briefing(s) described in the above-referenced Washington Post article.

(2) Any and all transcripts or notes or memoranda of the President of the United States' phone call to Inmate Clint A. Lorance at the United States Disciplinary Barracks on Fort Leavenworth, Kansas on November 15, 2019.

(3) Any and all documents, orders, warrants, letters, memoranda in any way relating to the President's having issued a pardon on November 15, 2019, and Lorance's release from the USDB the same date.

To help you determine my status for the purpose of assessing fees, you should know that I am an individual seeking information for personal use and not for a commercial use. I am willing to pay fees for this request up to a maximum of $100.00. If you estimate that the fees will exceed this limit, please inform me first. I have also enclosed an executed Privacy Act request as these records relate to me.

I would like the responsive records in the following format: electronic. I would like to receive these records by Email. My preferred method of communication is email at john@maherlegalservices.com and kevin@maherlegalservices.com, my attorneys in fact, and my email, clint.lorance.2.0@gmail.com.

Very truly yours,

CLINT A. LORANCE

cc: John N. Maher, Esquire
Kevin J. Mikolashek, Esquire

