UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CLINT A. LORANCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-2500 (CKK) |
| ) | |
| DEPARTMENT OF THE ARMY, et al. ) | |
| ) | |
| Defendants.[1] ) | |

## THE ARMY'S PARTIAL MOTION TO DISMISS

Defendant, Department of the Army (the "Army"), by and through counsel, respectfully moves pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss that part of Plaintiff's amended complaint (ECF No. 7-1) that asserts claims arising from parts (2) and (3) of the identified FOIA request to the Army on the grounds that the Plaintiff failed to exhaust his administrative remedies. This motion is accompanied by a memorandum of law and a proposed order.

\* \* \*

---

[1] While the caption of Plaintiff's amended complaint identifies the U.S. Attorney and the Attorney General as defendants (ECF No. 7-1 at 1), Plaintiff's complaint contains no allegations pertaining to them. As such, the United States understands that the inclusion of U.S. Attorney and the Attorney General in the caption of the amended complaint was merely to note that service on them is required under Federal Rule of Civil Procedure 4(i) and that the complaint contains no claims against them. Instead, the United States understands the defendants to this action are the Department of the Army and the Department of Defense as identified in the body of the amended complaint. *See* Am. Compl. (ECF No. 7-1) ¶ 4.

Dated: December 19, 2022
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:     */s/ John Haberland*
    JOHN B. HABERLAND, CT Bar # 426298
    Special Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2574
    john.haberland@usdoj.gov

*Attorneys for the United States of America*